BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00182-KJN |
| Plaintiff, | ) | Order Continuing Status Hearing, and Excluding Time Under Local Code T4 |
| v. | ) | |
| ELVIA HERNANDEZ, | ) | DATE: August 8, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | COURT: Hon. Kendall J. Newman |

It is hereby ordered that the Status Hearing set for July 25, 2012 is VACATED. It is further ordered that a Status Hearing is set for August 8, 2012 at 9 a.m. Time is excluded from today's date through August 8, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE